

**Theresa Lam/HID/09/USCOURTS**
12/28/2005 01:42 PM

To: HIDml_CR Notice Group
cc: Malia Kakos/HID/09/USCOURTS@USCOURTS, James Kawahito/HID/09/USCOURTS@USCOURTS, Aimee Lum/HID/09/USCOURTS@USCOURTS,
bcc: Carol Hangai/HID/09/USCOURTS@USCOURTS
Subject: CR 04-00232DAE USA v. Jason Ciufo

An Order to Show Cause has been set for 1/27/2006 @900amDAE

AUSA: Beverly Sameshima
Attorney: Myles Breiner

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 8 2005

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK