# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/18/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 04-00232DAE |
| CASE NAME: | USA vs. (01) JASON CLYDE CIUFO |
| ATTYS FOR PLA: | Beverly Wee Sameshima |
| ATTYS FOR DEFT: | (01) Myles Breiner |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 1/18/2006 | TIME: | 2:41-2:54 |

COURT ACTION:  EP: Order to Show Cause as to Why Pretrial Release Should Not Be Revoked - Defendant present in custody.

Defendant admits to the alleged violations.  Arguments heard.  Allocution by Defendant waived.

Psychiatric evaluation to be arranged for by defense counsel.

Further Order to Show Cause as to Why Pretrial Release Should Not Be Revoked set for 11:00 01/27/06, LEK.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager