IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. 04-00232DAE-01 |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | |
| ) | Date Filed: 01/17/06 |
| JASON CLYDE CIUFO, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

# THIS IS A SEALED DOCUMENT

ORIGINAL TO BE STORED IN A SEPARATE FILE

TITLE OF DOCUMENTS:

Petition for action on conditions of Pretrial Release as to deft Jason Clyde Ciufo [SEALED]



DOCUMENT NO. 85