ORIGINAL

PS 10
(8/88)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

**United States District Court
for the
District of Hawaii**

JAN 18 2006

at ___ o'clock and 20 min. PM
SUE BEITIA, CLERK

U.S.A. vs Jason Clyde Ciufo                Docket No. 04-00232DAE-01

TO: ¹**Any United States Marshal or any other authorized officer**

| WARRANT FOR ARREST OF DEFENDANT |
|---|

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court.

| NAME OF DEFENDANT<br>Jason Clyde Ciufo | SEX<br>Male | RACE<br>Asian | AGE<br>24 |
|---|---|---|---|

ADDRESS(STREET, CITY, STATE)

TO BE BROUGHT BEFORE
U.S. District Court - Hawaii
Prince Kuhio Federal Building
300 Ala Moana Boulevard, Room 7-222
Honolulu, HI 96850-7222

| CLERK<br>Sue Beitia | (BY) DEPUTY CLERK | DATE<br>JAN 17 2006 |
|---|---|---|

| RETURN | | |
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED<br>1-17-06 | DATE EXECUTED<br>1-17-06 |
| EXECUTING AGENCY (NAME AND ADDRESS) USMS<br>300 ALA MOANA<br>HONOLULU, HI 96850 | | |
| NAME Russell Nakasato | (BY) | DATE<br>1-17-06 |

---

¹Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the District of Hawaii;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."