# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/6/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00232DAE |
| CASE NAME: | USA v. (01)Jason Clyde Ciufo |
| ATTYS FOR PLA: | Beverly Sameshima |
| ATTYS FOR DEFT: | Myles Breiner |
| USPO: | Malia Eversole |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 3/6/2006 | TIME: | 2:15pm-3:00pm |

COURT ACTION:  EP: Sentencing to Counts 1 and 2 of the First Superseding Indictment as to Defendant (01)Jason Clyde Ciufo.

Defendant (01)Jason Clyde Ciufo present in custody.

Counsel's oral request to continue sentencing date-GRANTED.  Sentencing continued to 4/19/2006 @900amDAE.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager