# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00232DAE |
| CASE NAME: | USA v. (01)Jason Clyde Ciufo |
| ATTYS FOR PLA: | Beverly Wee Sameshima |
| ATTYS FOR DEFT: | (01)Myles Breiner |
| USPO: | Malia Eversole |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 4/27/2006 | TIME: | 11:15am-11:25am(m/d)<br>11:25am-12:05pm(sent) |

COURT ACTION:  EP: Sentencing to Counts 1 and 2 of the First Superseding Indictment as to Defendant (01)Jason Clyde Ciufo. Government's Motion for Downward Departure.

Defendant (01)Jason Clyde Ciufo present in custody.

Safety valve applies.  Government's Motion for Downward Departure-GRANTED.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant (01)Jason Clyde Ciufo.

SENTENCE:

Imprisonment:   68 MONTHS, as to each of Counts 1 and 2 of the First Superseding Indictment, with all such terms to run concurrently

Supervised Release: 5 YEARS, as to each of Counts 1 and 2 of the First Superseding Indictment, with all such terms to run concurrently

CONDITIONS:

1. Defendant shall abide by the standard conditions of supervision.

2. Defendant shall not commit any federal, state, or local crimes.

3. Defendant shall not possess illegal controlled substances.

4. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervised release, as directed by the Probation Office.

5. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

7. Defendant shall participate in a substance abuse program, which may include drug and alcohol testing, at the discretion and direction of the Probation Office. Defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. Defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

10. Defendant shall participate in a mental health program at the discretion and direction of the Probation Office.

Special Assessment: $200.00.

JUDICIAL RECOMMENDATIONS: Prison Camp. 1) Lompoc, CA. 2) Sheridan, OR. Educational and Vocational training. 500 hour drug treatment program.

Defendant advised of his right to appeal.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager