# AMENDED MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/5/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR 04-00232DAE

CASE NAME: USA v. (01)Jason Clyde Ciufo

ATTYS FOR PLA:

ATTYS FOR DEFT:

USPO:

JUDGE: David Alan Ezra        REPORTER:

DATE: 5/5/2006                TIME:

COURT ACTION:  EO: Sentencing to Counts 1 and 2 of the First Superseding Indictment as to Defendant (01)Jason Clyde Ciufo.

AMENDED JUDICIAL RECOMMENDATIONS: Prison Camp.  1) Lompoc, CA.  2) Sheridan, OR.  Educational and Vocational training.  500 hour drug treatment program.  Mental Health treatment.

Submitted by:  Theresa Lam, Courtroom Manager